IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISTOPHER L. COLBERT, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-cv-340 |
| | ) Chief Judge Haynes |
| MONTGOMERY COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## ORDER

Upon review of the file, the Clerk of the Court mailed a copy of an Order in this action to Petitioner on March 21, 2012. (Docket Entry No. 8). The Order was returned to the Court as "Undeliverable, Return to Sender, Not at this address." (Docket Entry No. 13).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3-87-471, Order (M.D. Tenn. Sept. 4, 1987). Plaintiff has failed to the inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED the _____ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge